# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Darwin Garcia Medrano,<br><br>        Petitioner,<br><br>    -v-<br><br>LaDeon Francis, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement, Kristi Noem, in her official capacity as Secretary of Homeland Security, Pam Bondi, in her official capacity as Attorney General,<br><br>        Respondents. | 2:26-cv-330<br>(NJC) |

## ORDER

TO: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, Delaney Hall Detention Facility, 451 Doremus Avenue, Newark, New Jersey 07105

NUSRAT J. CHOUDHURY, United States District Judge:

  The United States District Court for the Eastern District of New York commands U.S. Immigration and Customs Enforcement to have **petitioner Darwin Garcia Medrano, A#215704713,** who is presently detained in the Delaney Hall Detention Facility, 451 Doremus Avenue, Newark, New Jersey 07105, to be brought under safe and secure custody to Courtroom 1040, before the Honorable Nusrat J. Choudhury, United States District Judge, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on **January 26, 2026 at 11:00 AM**.

  It is further ordered that U.S. Immigration and Customs Enforcement and/or its designee shall maintain custody of Mr. Garcia Medrano throughout the entire hearing.

Following the hearing, if the Court orders Mr. Garcia Medrano to remain in detention, U.S. Immigration and Customs Enforcement shall return him under safe and secure custody to the Delaney Hall Detention Facility. Alternatively, if the Court grants the petition and orders Mr. Garcia Medrano released from detention, U.S. Immigration and Customs Enforcement shall immediately process Mr. Garcia Medrano for release from the Court in accordance with any orders of the Court that may issue at that time. It is further ordered that U.S. Immigration and Customs Enforcement shall bear the costs of implementing the terms of this order.

Dated: Central Islip, New York
January 21, 2026

                                                 */s/ Nusrat J. Choudhury*
                                                 NUSRAT J. CHOUDHURY
                                                 United States District Judge